# UNITED STATES DISTRICT COURT
## for the
### Western District of North Carolina

Cheyenne International, LLC, a North Carolina Limited Liability Company,

      *Plaintiff*      )
      v.      )    Civil Action No. 1:15-cv-251
      )

Spark Industries, LLC, a California Limited Liability Company,

      *Defendant*

## SUMMONS IN A CIVIL ACTION

**TO:** *(Defendant's name and address)*

    Spark Industries, LLC
    Spencer Thompson, Registered Agent
    750 Calle Plano
    Camarillo, California  93012

    **A lawsuit has been filed against you.**

    Within 21 days after service of this summons on you (not counting the day you received it) – or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) – or 60 days if you are named as a defendant within an asbestos litigation case - you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

    Christopher M. Thomas
    Parker Poe Adams & Bernstein LLP
    301 Fayetteville Street, Suite 1400 (27601)
    P.O. Box 389
    Raleigh, North Carolina  27602-0389

    If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint.  You also must file your answer or motion with the court.



Date _____**11/10/2015**_____

_Frank G. Johns_
Frank G. Johns, Clerk
United States District Court

**Civil Action No.** 1:15-cv-251

# PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(1))*

**This summon for** *(name of individual and title, if any)* _____
**was received by me on** *(date)* _____.

❏ **I personally served the summons on the defendant at** *(place)*_____
**on** *(date)* _____; **or**

❏ **I left the summons at the individual's residence or usual place of abode with** *(name)* _____, **a person of suitable age and discretion who resides there, on** *(date)* _____, **and mailed a copy to the individual's last known address; or**

❏ **I served the summons on** *(name of individual)* _____,
**who is designated by law to accept service of process on behalf of** *(name of organization)*
_____ **on** *(date)* _____; **or**

❏ **I returned the summons unexecuted because** _____; **or**

❏ **Other** *(specify)*:
_____

**My fees are $** _____ **for travel and $** _____ **for services, for a total of $**_____.

**I declare under penalty of perjury that this information is true.**

**Date:**_____      _____
                                                                                          **Server's signature**

_____
**Printed name and title**